UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTOPHER WILLIAM LYONS | CIVIL ACTION NO. 5:15-cv-0663 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| CADDO CORRECTIONAL CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 10], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915 and 1915A.

The Clerk of Court is directed to send a copy of this judgment to the Keeper of the Three Strikes List.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 10th day of August, 2015.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE